UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Boak, Tristen J. | Docket No. | 2:18CR00115-TOR-6 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Tristen J. Boak, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 13th day of July 2018, under the following conditions:

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such time and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Tristen J. Boak is alleged to have failed to submit to random urinalysis testing on March 11, 2019.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak. She acknowledged an understanding of her conditions, which included additional condition number 27.

On January 2, 2019, the undersigned officer referred Ms. Boak to the phase urinalysis testing program at Pioneer Human Services. Ms. Boak was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On March 11, 2019, Ms. Boak reported to PHS for the purpose of random drug testing. Ms. Boak "stalled" and did not provide an adequate urine specimen on March 11, 2019.

**Violation #2:** Tristen J. Boak is alleged to have failed to provide a urine specimen on March 12, 2019.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak. She acknowledged an understanding of her conditions, which included additional condition number 27.

On March 11, 2019, at 7:05 p.m., Ms. Boak sent the undersigned officer a text message advising she attempted to provide a urine specimen presumably at Pioneer Human Services, but was unable to provide an adequate sample. Ms. Boak asked if she could report to the U.S. Probation Office on the morning of March 12, 2019, and submit a urine specimen for drug testing.

On March 12, 2019, at 7:36 a.m., the undersigned officer responded to Ms. Boak's text message and instructed her to report to the U.S. Probation Office by 10 a.m. on that date to provide a urine sample for drug testing.

**Re: Boak, Tristen J**
**March 15, 2019**
**Page 2**

Ms. Boak responded to the undersigned officer's text message at 11:41 a.m. stating she had just woken up. She agreed to report to the U.S. Probation Office by 3 p.m. on March 12, 2019, to submit to drug testing.

On March 12, 2019, at approximately 2:48 p.m., Ms. Boak reported to the U.S. Probation Office. At approximately 3:10 p.m., Ms. Boak was asked to submit a urine specimen for urine testing. Ms. Boak failed to provide a urine specimen by 4:30 p.m. on March 12, 2019. At that time, there were no female U.S. probation officers available to collect a urine specimen.

Upon confronting Ms. Boak about her failure to provide a urine specimen, she stated she had a urinary tract infection (UTI), which was making it difficult to provide an adequate urine specimen. The undersigned officer suggested she provide medical documentation showing she had a UTI, which prohibits her to provide an adequate urine specimen.

Ms. Boak agreed to return to the U.S. Probation Office in Spokane, Washington, on March 13, 2019, prepared to provide a urine specimen.

**Violation #3:** Tristen J. Boak is alleged to have failed to report to the U.S. Probation Office for drug testing on March 13, 2019, as instructed by the undersigned officer.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak. She acknowledged an understanding of her conditions, which included additional condition number 27 and standard condition number 6.

As noted in violation number 2, on March 12, 2019, the undersigned officer instructed Ms. Boak to report to the U.S. Probation Office on March 13, 2019, at 8:30 a.m., to submit to drug testing.

At 8:41 a.m., Ms. Boak sent the undersigned officer a text message advising she was at a medical appointment.

Ms. Boak and the undersigned officer continued a text messaging conversation on March 13, 2019, in which Ms. Boak reported being diagnosed with a urinary tract infection. She also reported having transportation issues, but finally stated she would take the bus to the U.S. Probation Office. Ms. Boak failed to report to the U.S. Probation Office on March 13, 2019, and did not provide a urine specimen, as instructed.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    March 15, 2019 |
|  | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

March 15, 2019
_____
Date