✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Boak, Tristen J | Docket No. | 2:18CR00115-TOR-6 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW   Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tristen J. Boak, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of July 2018 under the following conditions:

**Standard Condition #9:**  Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licenced medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:**  Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:**  Tristen J. Boak is alleged to have ingested methamphetamine and heroin on March 20 and 23, 2019.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak.  She acknowledged an understanding of her conditions, which included standard condition number 9.

On March 25, 2019, Ms. Boak's substance abuse counselor contacted the undersigned officer via electronic mail communication.  The counselor advised she met with Ms. Boak on that date.  During their meeting, Ms. Boak admitted she ingested methamphetamine and heroin on March 23, 2019.

On March 26, 2019, the undersigned officer contacted Ms. Boak using her listed cellular telephone number.  Ms. Boak verbally acknowledged she ingested methamphetamine and heroin on March 20, and 23, 2019.

**Violation #5:**  Tristen J. Boak is alleged to have failed to submit to random urinalysis testing on March 18, and 25, 2019.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak.  She acknowledged an understanding of her conditions, which included additional condition number 27.

On or about December 25, 2018, Ms. Boak successfully completed an inpatient substance abuse treatment program at American Behavioral Health Systems.  On January 2, 2019, the undersigned officer referred Ms. Boak to the phase urinalysis testing program at Pioneer Human Services (PHS).  Ms. Boak was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On March 18, 2019, Ms. Boak reported to the U.S. Probation Office. During that meeting, the undersigned officer advised Ms. Boak that she was required to submit to drug testing at PHS as a part of the phase urinalysis testing program on that date. Ms. Boak failed to report for random drug testing on March 18, 2019.

On March 25, 2019, Ms. Boak reported to PHS for random drug testing. Available records indicate Ms. Boak stalled and did not provide a urine specimen on March 25, 2019.

As noted in violation number 4, Ms. Boak reportedly admitted to ingesting heroin and methamphetamine on March 23, 2019. However, she did not sign a substance abuse admission form.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 27, 2019

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

March 27, 2019
Date