UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Boak, Tristen J. | Docket No. | 2:18CR00115-TOR-6 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tristen J. Boak, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of July 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licenced medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #6:** Tristen J. Boak is alleged to have admitted to ingesting methamphetamine on or about April 3, 2019.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak.  She acknowledged an understanding of her conditions, which included standard condition number 9.

On April 5, 2019, Ms. Boak appeared before the Court for an initial appearance on petitions of alleged violations of pretrial release supervision.  The Court ordered Ms. Boak to submit to drug testing on that date.

Subsequently, Ms. Boak submitted a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine.  Ms. Boak admitted, to U.S. Probation Officer Amber Andrade, that she had ingested methamphetamine approximately 2 days prior.  She signed a substance abuse admission form acknowledging her use of methamphetamine.

The urine specimen was sent to Alere Toxicology (Alere) for further analysis.  On April 10, 2019, Alere advised the sample was an insufficient quantity of urine to test for the presence amphetamine and methamphetamine.

**Violation #7:** Tristen J. Boak is alleged to have tested positive for the presence of morphine on April 5, 2019.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak.  She acknowledged an understanding of her conditions, which included standard condition number 9.

On April 5, 2019, appeared before the Court for an initial appearance on petitions of alleged violations of pretrial release supervision.  The Court ordered Ms. Boak to submit to drug testing on that date.

Subsequently, Ms. Boak submitted a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine.  The urine specimen was sent to Alere Toxicology (Alere) for further analysis.

On April 10, 2019, Alere confirmed the urine sample tested positive for the presence of morphine.  As noted in violation #6, there was an insufficient quantity of urine to test for the presence of amphetamine and methamphetamine.

**Re: Boak, Tristen J.**
**April 12, 2019**
**Page 2**

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    April 12, 2019

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

April 12, 2019
Date