# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Boak, Tristen J. | Docket No. | 2:18CR00115-TOR-6 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tristen J. Boak, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of July 2018, under conditions of release.

On April 5, 2019, Ms. Boak appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, in Spokane for an initial appearance regarding alleged violations of pretrial release supervision.  The Court revoked Ms. Boak's pretrial release and remanded her to custody.

On May 13, 2019, the Honorable Mary K. Dimke, U.S. Magistrate Judge, ordered Ms. Boak to be released from custody into inpatient substance abuse treatment based on an unopposed motion for release.

On June 5, 2019, Ms. Boak appeared before the Honorable Thomas O. Rice, Chief U.S. District Judge, for a detention review hearing.  Upon completion of inpatient substance abuse treatment, the Court released Ms. Boak under conditions of pretrial release supervision.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:**  Tristen J. Boak is alleged to have failed to report to Pioneer Human Services (PHS) for random drug testing on July 24, 2019.

On July 19, 2018, the conditions of pretrial release supervision were reviewed with Ms. Boak.  She acknowledged an understanding of her conditions, which included additional condition number 27.

On June 6, 2019, Ms. Boak was referred to the phase urinalysis testing program at PHS.  Ms. Boak was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On July 24, 2019, Ms. Boak failed to report to PHS and submit to random drug testing.

On July 25, 2019, the undersigned officer sent Ms. Boak a text message instructing her to report to the U.S. Probation Office on that date and submit to drug testing.

On July 26, 2019, Ms. Boak responded to the above-noted text message and advised she was in the hospital from July 23, through July 26, 2019.  Ms. Boak advised she would provide medical documentation on July 29, 2019, when she reported to the U.S. Probation Office for a presentence interview.

On July 29, 2019, Ms. Boak reported to the U.S. Probation Office. She was taken into custody on a warrant previously issued by the Court. She did not provide medical documentation of her reported hospitalization prior to going into custody.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: _____July 31, 2019_____

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✔]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✔]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[✔]   Other - All violations will be addressed at the Pretrial Revocation hearing set for 8/1/19 at 1:00 p.m. before Chief Judge Thomas O. Rice

_____Thomas O. Rice_____
Signature of Judicial Officer

_____July 31, 2019_____
Date